**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KARAN KUMAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA HOLDINGS, INC., THOMAS G. DUNDON, JASON A. KULAS, GONZALO DE LAS HERAS, ALBERTO SÁNCHEZ, MATTHEW KABAKER, TAGAR C. OLSON, DANIEL ZILBERMAN, JAVIER SAN FELIX, ROMAN BLANCO, STEPHEN A. FERRISS, JUAN CARLOS ALVAREZ, JUAN ANDRES YANES, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., SANTANDER INVESTMENT SECURITIES INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, RBC CAPITAL MARKETS, LLC, BMO CAPITAL MARKETS CORP., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KKR CAPITAL MARKETS LLC, SANDLER O'NEILL & PARTNERS, L.P., STEPHENS INC., and LOYAL3 SECURITIES, INC.,<br><br>Defendants. | § | C.A. No. 3:14-cv-03746-K |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on October 6, 2014, plaintiff Karan Kumar ("Plaintiff") filed her Petition for Violations of Sections 11 and 15 of the Securities Act of 1933 in the 162nd Judicial District Court of Dallas County, Texas (the "State Action");

WHEREAS, on November 20, 2014, defendants Santander Consumer USA Holdings Inc., Thomas G. Dundon, Jason A. Kulas, Gonzalo de Las Heras, Alberto Sánchez, Matthew Kabaker, Tagar C. Olson, Daniel Zilberman, Javier San Felix, Roman Blanco, Stephen A. Ferriss, Juan Carlos Alvarez, Juan Andres Yanes, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Santander Investment Securities Inc., Barclays Capital Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC, RBS Capital Markets, LLC, BMO Capital Markets Corp., Credit Suisse Securities (USA) LLC, UBS Securities LLC, Wells Fargo Securities, LLC, KKR Capital Markets LLC, Sandler O'Neill & Partners, L.P., Stephens Inc., and LOYAL3 Securities, Inc. removed Plaintiff's State Action to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C.A. §1331 and 15 U.S.C.A. §§77p and 77v (Document No. 1); and

WHEREAS, no defendant in this action has answered the complaint or filed for summary judgment.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel of record, hereby voluntarily dismisses the action with prejudice.

Dated: February 17, 2015

Respectfully submitted,

/s/ Joe Kendall

JOE KENDALL
Texas Bar No. 11260700
JAMIE J. MCKEY
Texas Bar No. 24045262
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD (admitted *pro hac vice*)
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

*Attorneys for Plaintiff Karan Kumar*

1011689

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was forwarded to counsel of record through the Court's ECF system on, on this 17th day of February, 2015.

/s/s Joe Kendall

JOE KENDALL